**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

Paul Nelson
                              Plaintiff,

v.                                                       Case No.: 1:09−cv−03861
                                                         Honorable Ruben Castillo

Archie Stallworth, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 1, 2009:

      MINUTE entry before the Honorable Ruben Castillo:The Court has learned that defendant Stallworth's criminal trial is scheduled for 10/15/2009. The Court hereby stays this lawsuit until after the completion of the criminal proceedings. The Court will dismiss this case without prejudice with full leave to reinstate upon completion of the criminal proceedings. Settlement conference set for 9/2/2009 is vacated. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.